IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-2555-JLK**

**PAMELA CLIFTON,**

    Plaintiff,

v.

**NURSE IONA EUBANK, in her individual capacity; OFFICER ANAYA, in her individual capacity; OFFICER WILKES, in her individual capacity,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Amended Motion for Ruling (doc. #65), filed October 21, 2005, is **GRANTED.** However, because the class action jury trial over which the Court is presently presiding will likely not conclude before mid-December, an opinion will not issue until approximately mid-January.

Dated: October 21, 2005