IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number:  00-cv-2555-JLK-BNB

PAMELA CLIFTON,

    Plaintiff,

v.

NURSE IONA EUBANK, in her individual capacity;
OFFICER ANAYA, in her individual capacity;
OFFICER WILKS, in her individual capacity,

    Defendants.

## ORDER re: UNOPPOSED MOTION TO DISMISS PLAINTIFF'S
## SECOND CLAIM (RETALIATION)

    THIS MATTER comes before the Court on Plaintiff's *Unopposed Motion to Dismiss Plaintiff's Second Claim (Retaliation)*.  Having reviewed the Unopposed Motion,

    **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that Plaintiff's second claim for relief (Retaliation) is dismissed with prejudice.

    Dated this 12th day of June, 2004.

                                   BY THE COURT:

                                   s/John L. Kane
                                   Honorable John L. Kane
                                   Senior Judge, District of Colorado