IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-02555-JLK-BNB

PAMELA CLIFTON

    Plaintiff,

v.

NURSE ILONA EUBANK, in her individual capacity;
OFFICER ANAYA, in her individual capacity;
OFFICER WILKS, in her individual capacity,

    Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER is before the Court on the Joint Stipulated Motion to Dismiss With Prejudice (doc. #118), filed September 28, 2007. The Motion is GRANTED. It is

ORDERED that Defendants Ilona Eubank, Dawn Anaya, and Iria Wilks each are dismissed from this matter with prejudice, the parties each to bear his or her own costs and fees, including attorney fees, in their entirety. This case is DISMISSED WITH PREJUDICE.

DATED this 28th day of September, 2007.

                                    BY THE COURT:

                                    *S/John L. Kane*
                                    JOHN L. KANE, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT